[No. 16588.    Department Two.    December 7, 1921.]

MYCHEL COMPANY, *Respondent*, v. PERCY GARDINER, *Appellant.*[1]

Appeal from a judgment of the superior court for Snohomish county, Alston, J., entered January 29, 1920, upon findings in favor of the plaintiff, in an action for equitable relief, tried to the court. Affirmed.

*G. D. Eveland* and *Percy Gardiner*, for appellant.

*D. W. Locke,* for respondent.

PER CURIAM.—This action seeks to have conveyed to a corporation certain mining properties the title to which was acquired through a tax sale by the managing officer of the company. The record sustains the action of the trial court in ordering the conveyance, and the decree is affirmed.

[1]Reported in 202 Pac. 1119.